UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-22221-CIV-HUCK/WHITE

FRANCOIS DORVILUS,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

**CLOSED CIVIL CASE**

## ORDER ADOPTING REPORT AND RECOMMENDATION

    This cause is before the Court on Petitioner Francois Dorvilus's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (D.E. # 1). On February 18, 2011, Magistrate Judge Patrick A. White issued a Report and Recommendation (D.E. #19), recommending 1) that the petition be dismissed as moot, as to Petitioner's claim in Ground 1, on which relief has separately been granted in Petitioner's underlying criminal case; and 2) that the petition be denied, with regard to Petitioner's claim in Ground 2, where Petitioner has not made the requisite showing that the Section 2255 savings clause should apply in this case. Petitioner has not filed any objections to the Report and Recommendation. The Court has reviewed *de novo* the Report and Recommendation and the record, and is otherwise duly advised.

    Accordingly, the Court ADOPTS the findings of fact and conclusions of law as stated in Judge White's report. The petition is DENIED, and the Clerk is directed to close this case.

    DONE AND ORDERED in Chambers, Miami, Florida, March 23, 2011.

                                                    Paul C. Huck
                                                  United States District Judge

**Copies furnished to:**
All Counsel of Record

Magistrate Judge Patrick White

1

Francois Dorvilus (*pro se*)
Reg. No. 33661-004
P.O. Box 779800
Federal Prison Camp
Miami, FL 33177